FLORINDO S. POLO, Appellant, v. INTERNATIONAL GERMANIC TRUST COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

HERBERT CONNELLAN, Plaintiff, and HERBERT CONNELLAN, JR., by His Guardian ad Litem, HERBERT CONNELLAN, Respondent, v. AMERICAN CAN COMPANY and HENRY McCARTHY. Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

THE CITY OF NEW YORK, Appellant, v. CROSS, AUSTIN & IRELAND LUMBER COMPANY, Respondent.— Determination appealed from and judgment of the Municipal Court reversed and a new trial ordered, with costs to the appellant in all courts to abide the event, upon the ground that the evidence was sufficient to require the defendant to go forward. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

FRANK N. HOFFSTOT and Others, Appellants, v. THE FIFTH AVENUE HOSPITAL OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [140 Misc. 206.]

FLORINDO S. POLO, Respondent, v. JOSEPH J. LORDI and FENIMORE REALTY CORPORATION, Appellants.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and O'Malley, JJ., dissent and vote for reversal.

THE ANGLO-SOUTH AMERICAN TRUST COMPANY, Respondent, v. GEORGE UHE, Appellant, Impleaded with Another.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Townley, J., dissents on the ground that the documents presented with the first draft did not conform to the requirements of the letter of credit. [146 Misc. 642.]

CARRIE E. PERRY, Appellant, v. FRED R. GRAFF, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc. In the Matter of WILLIAM J. FLYNN, Respondent; JOINT LEGISLATIVE COMMITTEE, etc., Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the motion granted, with ten dollars costs, said costs and disbursements to be paid by the attorney for the respondent personally, and the affidavit of the respondent verified March 29, 1932, stricken from the record. The matter of the conduct of respondent's attorney who prepared the affidavit and submitted it to the court is referred to the Association of the Bar of the City of New York. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. KASCO MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Merrell and Martin, JJ., dissent and vote to reverse and grant the motion.